UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| PAUL PARSHALL, Individually and on behalf of all others similarly situated, et al.,<br><br>Plaintiff,<br><br>v.<br><br>SUN BANCORP, INC, JEFFREY S. BROWN, SIDNEY R. BROWN, ANTHONY R. COSCIA, F. CLAY CREASEY, JR., ELI KRAMER, JAMES B. LOCKHART III, WILLIAM J. MARINO, THOMAS M. O'BRIEN, KEITH STOCK, GRACE C. TORRES, OCEANFIRST FINANCIAL CORP. and MERCURY MERGER SUB CORP.,<br><br>Defendants. | Case No. 1:17-cv-07368-JHR-KMW |

## NOTICE OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Paul Parshall, by counsel, hereby gives notice that he is dismissing all claims in the above-captioned matter, with prejudice as to himself and without prejudice as to all others similarly situated.

Dated:  October 24, 2017

OF COUNSEL:

RIGRODSKY & LONG, P.A.
Brian D. Long
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone: (302) 295-5310
E-Mail: BDL@rl-legal.com

Respectfully submitted,

LEVI & KORSINSKY, LLP

*/s/ Donald J. Enright*
Donald J. Enright
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4292
Facsimile: (202) 333-2121
E-Mail:  denright@zlk.com

*Attorneys for Plaintiffs*

RM LAW, P.C.
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Beryn, PA 19312
Telephone: (484) 324-6800
E-Mail: rmaniskas@rmclasslaw.com